1  Lionel Z. Glancy (SBN #134180)
   Michael Goldberg (SBN #188669)
2  **GLANCY BINKOW & GOLDBERG LLP**
   1925 Century Park East, Suite 2100
3  Los Angeles, California 90067
   Telephone: (310) 201-9150
4  Facsimile:  (310) 201-9160
5  info@glancylaw.com

6  Jeremy A. Lieberman
   Lesley F. Portnoy
7  **POMERANTZ GROSSMAN HUFFORD**
   **DAHLSTROM & GROSS LLP**
8  600 Third Avenue, 20th Floor
   New York, New York 10016
9  Telephone: (212) 661-1100
   Facsimile:  (212) 661-8665
10 migross@pomlaw.com
   jalieberman@pomlaw.com

   Patrick V. Dahlstrom
   **POMERANTZ GROSSMAN HUFFORD**
   **DAHLSTROM & GROSS LLP**
   Ten South La Salle Street, Suite 3505
   Chicago, Illinois 60603
   Telephone: (312) 377-1181
   Facsimile:  (312) 377-1184
   pdahlstrom@pomlaw.com

*IT IS SO ORDERED*
*Judge Edward J. Davila*
8/20/2013

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIAN ADEL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>INTUITIVE SURGICAL, INC., LONNIE M. SMITH, GARY S. GUTHART, SALVATORE J. BROGNA, AUGUSTO V. CASTELLO, JEROME J. McNAMARA, MARK J. MELTZER, MARSHALL L. MOHR, COLIN MORALES and DAVID J. ROSA,<br><br>Defendants. | Case No. 13-cv-2365-EJD<br><br>**CLASS ACTION**<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff Darian Adel ("Plaintiff") hereby voluntarily dismisses his action, *Adel v. Intuitive Surgical Inc., et al.*, 13-CV-2365-EJD, brought before the Northern District Court of California, without prejudice, as to all defendants.  As grounds thereof, Plaintiff states that no defendant has filed an answer or a motion to dismiss to Plaintiff's action.

The clerk shall close this file.

Dated: August 16, 2013                    Respectfully submitted,

**GLANCY BINKOW & GOLDBERG LLP**

By: *s/ Lionel Z. Glancy*
Lionel Z. Glancy
Michael Goldberg
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: 310-201-9150
Facsimile:  310-201-9160
Email: info@glancylaw.com

**POMERANTZ GROSSMAN HUFFORD DAHLSTROM & GROSS LLP**
Jeremy A. Lieberman (*admitted pro hac*)
Lesley F. Portnoy
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: 212-661-1100
Facsimile: 212-661-8665

**POMERANTZ GROSSMAN HUFFORD DAHLSTROM & GROSS LLP**
Patrick V. Dahlstrom
Ten South LaSalle Street - Suite 3505
Chicago, Illinois 60603
Telephone: 312-377-1181
Facsimile: 312-377-1184

*Attorneys for Darian Adel*

**PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO NORTHEN DISTRICT OF CALIFORNIA LOCAL RULES AND LOCAL CIVIL RULE 5-1**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1925 Century Park East, Suite 2100, Los Angeles, California 90067.

On August 16, 2013, I caused to be served the following document:

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

By posting the document to the ECF Website of the United States District Court for the Northern District of California, for receipt electronically by the parties as reflected on the attached Court's Service List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 16, 2013, at Los Angeles, California.

          *s/ Lionel Z. Glancy*
          Lionel Z. Glancy

CERTIFICATE OF SERVICE

Page 1

# Mailing Information for a Case 5:13-cv-02365-EJD

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Patrick V. Dahlstrom**
  pdahlstrom@pomlaw.com

- **Lionel Z. Glancy**
  info@glancylaw.com,lboyarsky@glancylaw.com,lglancy@glancylaw.com

- **Michael M. Goldberg**
  mmgoldberg@glancylaw.com,csadler@glancylaw.com,info@glancylaw.com,rprongay@glancylaw.com

- **Marc I. Gross**
  migross@pomlaw.com

- **Jeremy A Lieberman**
  jalieberman@pomlaw.com

- **Jeremy A. Lieberman**
  jalieberman@pomlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)